W. JOSEPH STRAPP (SBN: 123655)
STRAPP & STRAPP
11355 W. Olympic Blvd., Ste. 400 West
Los Angeles, CA 90064
Telephone: 310- 445-2323
Facsimile: 310- 445-2324
E-mail:     jstrapp@strapplaw.com

**ORIGINAL**

Attorneys for Defendant
ROBERT SEYMOUR

DOCKETED ON CM

AUG 2 3 2006

BY _____ 053

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 2 2006

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Priority
Send
Enter
Closed
IS-5/JS-6
IS-2/JS-3
Scan Only

| | |
|---|---|
| ARA KARAMIAN, an individual, on behalf of himself and all other similarly situated, | CASE NO. CV06-4345 DSF (PJWx) |
| Plaintiffs, | **STIPULATION RE DISMISSAL OF DEFENDANT ROBERT SEYMOUR FROM FIFTH AND SIXTH CAUSES OF ACTION; [~~PROPOSED~~] ORDER** |
| v. | |
| FEDERAL EXPRESS CORPORATION, ROBERT SEYMOUR, and Does 1 through 50, inclusive, | |
| Defendants. | Complaint Filed: 05/31/06 |

**STIPULATION**

WHEREAS, Plaintiff Ara Karamian, in his fifth and sixth causes of action, asserts claims for discrimination against all Defendants, including Defendant Robert Seymour; and

WHEREAS, Plaintiff agrees that Defendant Robert Seymour should be

-1-

STIPULATION RE DISMISSAL OF ROBERT SEYMOUR FROM FIFTH AND SIXTH CAUSES OF ACTION; [PROPOSED] ORDER

dismissed from Plaintiff's fifth and sixth causes of action;

THEREFORE, Plaintiff Ara Karamian and Defendant Robert Seymour, by their respective counsel, do hereby stipulate that Defendant Robert Seymour should be dismissed from Plaintiff's fifth and sixth causes of action for discrimination.

Dated: July 27, 2006                        STRAPP & STRAPP

By: _____
W. JOSEPH STRAPP
Attorneys for Defendant
ROBERT SEYMOUR

Dated: July 31, 2006                        KNAPP, PETERSEN & CLARKE

By: _____
ANDRÉ E. JARDINI
Attorneys for Plaintiffs ARA KARAMIAN,
an individual, on behalf of himself and all
other similarly situated

**ORDER**

Based on the foregoing stipulation, Defendant Robert Seymour is hereby ORDERED dismissed from Plaintiff's fifth and sixth causes of action for discrimination.

Dated: August 22, 2006                        _____
DALE S. FISCHER
United States District Judge

-2-

STIPULATION RE DISMISSAL OF ROBERT SEYMOUR FROM FIFTH AND SIXTH CAUSES OF ACTION; [PROPOSED] ORDER

PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 11355 W. Olympic Boulevard, Suite 400 West, Los Angeles, California 90064.

On August 18, 2006, I served the foregoing document described as: **STIPULATION RE DISMISSAL OF DEFENDANT ROBERT SEYMOUR FROM FIFTH AND SIXTH CAUSES OF ACTION; [PROPOSED] ORDER** on the parties to this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at Los Angeles, California addressed as follows:

| | |
|---|---|
| André E. Jardini, Esq.<br>KNAPP, PETERSEN & CLARKE<br>A Professional Corporation<br>500 North Brand Boulevard<br>Twentieth Floor<br>Glendale, CA 91203-1904<br>Attorneys for Plaintiffs<br>ARA KARAMIAN, an individual, on behalf<br>of himself and all others similarly situated | Keith A. Jacoby<br>Janine C. Sun<br>LITTLER MENDELSON<br>A Professional Corporation<br>2049 Century Park East<br>5th Floor<br>Los Angeles, CA 90067-3107<br>Attorneys for Defendant<br>FEDERAL EXPRESS CORPORATION |
| Richard S. McConnell<br>Sandra C. Isom<br>FEDERAL EXPRESS CORPORATION<br>3620 Hacks Cross Road<br>Building B, Third Floor<br>Memphis, TN 38125<br>Attorneys for Defendant<br>FEDERAL EXPRESS CORPORATION | |

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on August 18, 2006, at Los Angeles, California. I declare under penalty of perjury under the laws of the State of California, that the foregoing is true and correct.

W. JOSEPH STRAPP