# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

**SEND**

SCANNED

Case No.   CV06-4345-DSF(PJWx)                                   Date   10/2/06

Title   ARA KARAMIAN -v- FEDERAL EXPRESS

Present: The Honorable   DALE S. FISCHER, UNITED STATES DISTRICT JUDGE

| JUDITH HURLEY | PAMELA SEIJAS |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Andre Jardini | Keith Jacoby<br>Sandra Isom |

**Proceedings:**       SCHEDULING CONFERENCE

Case called.  Court sets dates. See Jury Trial Order.

DOCKETED ON CM

OCT - 4 2006

BY _____ 053

Time: _0_ : _15_